IN THE UNITED STATES DISTRICT COURT
OF THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LAVERANUES COLES, an individual and
TROUBLE LIVIN LIFE LLC, a Florida
Limited Liability Company,

Plaintiffs,

v.                                                                  Case No. 3:15-cv-1521-MMH-PDB

CITY OF JACKSONVILLE, a Florida
Municipal Corporation.

_____

**PLAINTIFFS' MOTION IN LIMINE
TO EXCLUDE EVIDENCE OF PRIOR CITATIONS**

NOW COME Plaintiffs, LAVERANUES COLES and TROUBLE LIVIN LIFE LLC (collectively, the "Plaintiffs"), by and through the undersigned counsel, and respectfully request that this Court enter an order, *in limine*, to exclude any evidence of citations issued to the property prior to the time of Plaintiffs' involvement with the property and its development and in support thereof states:

1. This is an action brought pursuant to 42 U.S.C. § 1983, seeking redress for the Defendant's improper denial of a zoning application under the Jacksonville Municipal Code and the denial of subsequent zoning applications based upon the Defendant's distaste for the intended speech that would occur on the subject property after Plaintiff had completed the intended development. These denials were in violation of Plaintiffs' First Amendment rights.

2. At trial, it is expected that Defendant will attempt to put forth evidence of citations issued against the subject property from a time period before the Plaintiffs were involved with the development of the subject property. This evidence is irrelevant because it is not of any consequence in determining the action, does not relate to Plaintiffs' development efforts, and its probative value is heavily outweighed by its potential prejudicial effect. Any such evidence should therefore be excluded pursuant to Federal Rules of Evidence 401, 402, and 403. FED. R. EVID. 401, 402, 403.

3. Plaintiffs respectfully request that this Court enter such an order, *in limine*, to exclude any evidence of citations issued to the subject property prior to the time of Plaintiffs' involvement with the property and its development.

## CONCLUSION

For these reasons, Plaintiffs respectfully request that this Court enter an order, *in limine*, excluding any evidence of citations issued to the property prior to time of Plaintiffs' involvement and for such other relief this Court deems just and fair.

**KONICEK & DILLON, P.C.**
*Counsel for Plaintiffs*
21 West State Street
Geneva, Illinois
Tel: (630) 262-9655

By: /s/ Amir R. Tahmassebi
Amir Tahmassebi, Esq.
Illinois Bar No.: 6287787
*Admitted Pro Hac Vice*

*amir@konicekdillonlaw.com*

**KAPLAN YOUNG & MOLL PARRÓN PLLC**
*Co-Counsel for Plaintiffs*
Brickell World Plaza
600 Brickell Avenue
Suite 1715
Miami, Florida 33131
Tel: (305) 531-2424
Fax: (305) 531-2405
Justin B. Kaplan, Esq.
Fla. Bar No.: 33725
*jkaplan@kymplaw.com*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the above and foregoing has been furnished to those parties registered to receive service via CM/ECF, this 2nd Day of October, 2017.

                                              */s/ Amir Tahmassebi*
                                              Amir Tahmassebi