IN THE UNITED STATES DISTRICT COURT
OF THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LAVERANUES COLES, an individual and
TROUBLE LIVIN LIFE LLC, a Florida
Limited Liability Company,

Plaintiffs,

v.                                                                          Case No. 3:15-cv-1521-MMH-PDB

CITY OF JACKSONVILLE, a Florida
Municipal Corporation.

_____

**PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE WITNESSES**

NOW COME Plaintiffs, LAVERANUES COLES and TROUBLE LIVIN LIFE LLC (collectively, the "Plaintiffs"), by and through the undersigned counsel, and respectfully request that this Court enter an order, *in limine*, excluding non-party witnesses other than those actually testifying be sequestered during the testimony of any other witness during the trial of this action and in support thereof states:

1. Federal Rule of Evidence 615 provides that the Court, at a party's request, "must order witnesses excluded so that they cannot hear other witnesses' testimony." FED. R. EVID. 615.

2. Plaintiffs respectfully request that this Court enter such an order for sequestration. All non-party witnesses other than those actually testifying during the time of

their testimony must be excluded from the courtroom during opening statements and all testimony.

## CONCLUSION

For these reasons, Plaintiffs respectfully request that this Court enter an order, *in limine*, excluding non-party witnesses other than those actually testifying be sequestered during the testimony of any other witness during the trial of this action and for such other relief this Court deems just and fair.

**KONICEK & DILLON, P.C.**
*Counsel for Plaintiffs*
21 West State Street
Geneva, Illinois
Tel:  (630) 262-9655

By: /s/  Amir R. Tahmassebi____
Amir Tahmassebi, Esq.
Illinois Bar No.:  6287787
*Admitted Pro Hac Vice*
amir@konicekdillonlaw.com

**KAPLAN YOUNG & MOLL PARRÓN PLLC**
*Co-Counsel for Plaintiffs*
Brickell World Plaza
600 Brickell Avenue
Suite 1715
Miami, Florida 33131
Tel: (305) 531-2424
Fax: (305) 531-2405
Justin B. Kaplan, Esq.
Fla. Bar No.:  33725
*jkaplan@kymplaw.com*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and accurate copy of the above and foregoing has been furnished to those parties registered to receive service via CM/ECF, this 2nd Day of October, 2017.

                                                                    /s/ *Amir Tahmassebi*
                                                                    Amir Tahmassebi