**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

LAVERANUES COLES and
TROUBLE LIVIN LIFE LLC,

      Plaintiffs,

vs.

                                    Case No. 3:15-cv-1521-J-34PDB

CITY OF JACKSONVILLE,

      Defendant.
_____/

**O R D E R**

      **THIS CAUSE** is before the Court on Plaintiffs' Motion In Limine to Exclude Evidence of Prior Citations (Dkt. No. 60) and Plaintiffs' Motion In Limine to Exclude Witnesses (Dkt. No. 61), both filed on October 2, 2017. Upon review of the motions, it appears that counsel for Plaintiffs has failed to provide certification under Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida (Local Rule(s)), confirming that he has conferred with counsel for Defendant in a good faith effort to resolve the issues raised by the motions and advising the Court whether counsel for Defendant agrees to the relief requested. Therefore, as Plaintiffs have failed to comply with the Local Rules, the motions will be stricken.

      Accordingly, it is

      **ORDERED**:

Plaintiffs' Motion In Limine to Exclude Evidence of Prior Citations (Dkt. No. 60) and Plaintiffs' Motion In Limine to Exclude Witnesses (Dkt. No. 61) are **STRICKEN**.

**DONE AND ORDERED** in Jacksonville, Florida, this 3rd day of October, 2017.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record