**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

LAVERANUES COLES and
TROUBLE LIVIN LIFE LLC,

        Plaintiffs,

-vs-                              Case No. 3:15-cv-1521-J-34PDB

CITY OF JACKSONVILLE,

        Defendant.

_____

**O R D E R**

**THIS CAUSE** is before the Court sua sponte. In light of the procedural posture of this case, the Court finds it necessary to continue the final pretrial conference and trial in this matter. Accordingly, it is hereby

**ORDERED:**

The following deadlines shall apply:

| | |
|---|---|
| All Other Motions Including Motions In Limine | NOVEMBER 27, 2017 |
| Responses to All Other Motion Including Motions In Limine | DECEMBER 11, 2017 |
| Joint Final Pretrial Statement | DECEMBER 11, 2017 |
| Final Pretrial Conference   Date:<br>Time:<br>Judge: | DECEMBER 18, 2017<br>10:00 A.M.<br>Marcia Morales Howard |
| Trial Term Begins<br>[Trials Before Magistrate Judges Begin on Date Certain] | JANUARY 2, 2018<br>9:30 A.M. |
| Estimated Length of Trial | 5 days |

| Jury/Non Jury | Jury |
|---|---|

**DONE AND ORDERED** at Jacksonville, Florida, this 4th day of October, 2017.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record